December 8, 1994
 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 94-1719

 U.S. DEPARTMENT OF LABOR,

 Plaintiff, Appellee,

 v.

 TOTAL PROPERTY SERVICES, INC., ET AL.,

 Defendants, Appellants.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Douglas P. Woodlock, U.S. District Judge] 

 

 Before

 Cyr, Circuit Judge, 
 Bownes, Senior Circuit Judge, 
 and Stahl, Circuit Judge. 

 

James Lawson on brief pro se. 
Thomas S. Williamson, Jr., Solicitor of Labor, Monica Gallagher, 
Associate Solicitor, William J. Stone, Counsel for Appellate 
Litigation, and Joan Brenner, Attorney, U.S. Department of Labor, on 
brief for appellee.

 

 

 Per Curiam. We have reviewed the record and briefs 

and now affirm the default judgment entered below. The

district court implicitly authorized the extension of time

for service when it granted the Secretary's motion for

appointment of a special process server, vacated its July 6,

1993 judgment of dismissal, and granted the Secretary's

motion for entry of a default judgment. We reject

appellant's hypertechnical reading of Fed. R. Civ. P. 4(j)

and 6(b)(2), and we find no abuse of the court's considerable

discretion in extending the time for service. Similarly, the

court did not abuse its discretion in denying appellant's

motion to vacate the default judgment.

 Affirmed.